

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*970 Broad Street, 7th floor*  973-645-2700
*Newark, New Jersey 07102*

November 25, 2025

**Via ECF**
Hon. Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re: *United States v. Spotts*, Crim No. 25-519 (MAS)

Dear Judge Shipp:

      As explained in the November 24, 2025 *ex parte* submission, the Government learned on November 21, 2025 that material which it intended to produce to the defendant may contain potentially classified information. The Government is also in the process of reviewing other potentially relevant classified material to determine if it is discoverable. Because this involves classified materials, we cannot provide more information in a public filing.

      The Government is working with the appropriate equity holder(s) to determine how to review this material and, to the extent production is necessary and appropriate, prepare its production. Depending on the outcome of the relevant equity holder(s)' review, litigation under the Classified Information Procedures Act, Title 18, United States Code, Appendix 3, Sections 1-16 ("CIPA"), may be necessary. CIPA litigation is a complex and sometimes lengthy process and, depending on facts that we do not yet know, may take months.

      This process will, regardless of its outcome, take time to complete. The Government cannot complete compliance with its discovery obligations until the process of reviewing potentially classified material is completed.

      In light of these facts, the Government respectfully requests that the Court grant a 60-day adjournment of the January 12, 2026 trial and schedule a status conference for early January, so that the Government can gather more information and proceed with the appropriate next steps. The Government is working diligently to ensure that this process is completed as soon as possible.

- 2 -

                              Respectfully submitted,

                              TODD BLANCHE
                              U.S. Deputy Attorney General

                              ALINA HABBA
                              Acting United States Attorney
                              Special Attorney

                              *s/ Aaron L. Webman*
                              _____
                   By:   Olta Bejleri
                              Kelly M. Lyons
                              Aaron L. Webman
                              Assistant U.S. Attorneys

cc: Counsel of Record (via ECF)