# Exhibit A

| | |
|---|---|
| **From:** | Vartan, Lee |
| **To:** | Coppotelli, Blake (USANJ) |
| **Cc:** | Wernick, Melissa F. |
| **Subject:** | [EXTERNAL] Spotts |
| **Date:** | Friday, June 30, 2023 6:07:14 PM |
| **Attachments:** | image001.png<br>USAO Presentation 6.30.pdf<br>6.30 Presentation.pdf |

Thank you again for being generous with your time today, Blake. As requested, attached is the copy of our PPT, along with an electronic version of the materials we shared. We look forward to discussing the case further with you after the holiday.

Happy Fourth,

Lee



**LEE VARTAN**
Member
Chiesa Shahinian & Giantomasi PC

**O** 973.530.2107 | **M** 973.294.9615
lvartan@csglaw.com
105 Eisenhower Parkway | Roseland, NJ 07068

csglaw.com | LinkedIn

*Please Note:* The information contained in this email message is a PRIVATE communication that may contain confidential attorney-client information. If you are not the intended recipient, do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system.

Thank you.