# Exhibit H

| | |
|---|---|
| **From:** | Bejleri, Olta (USANJ) |
| **To:** | Wernick, Melissa F.; Vartan, Lee |
| **Cc:** | Webman, Aaron (USANJ); Lyons, Kelly (USANJ) |
| **Subject:** | RE: Spotts - Early Jencks Production |
| **Date:** | Wednesday, November 19, 2025 10:14:16 PM |

Hi Melissa,

Great to meet you. I just sent the invite. Looking forward to chatting tomorrow.

Olta

**Olta Bejleri**

Assistant U.S. Attorney

U.S. Attorney's Office | District of New Jersey

970 Broad Street | Newark, NJ 07102

Phone: (973) 856-4023

Email: olta.bejleri@usdoj.gov

---

**From:** Wernick, Melissa F. <mwernick@csglaw.com>
**Sent:** Wednesday, November 19, 2025 10:06 PM
**To:** Vartan, Lee <lvartan@csglaw.com>
**Cc:** Webman, Aaron (USANJ) <Aaron.Webman@usdoj.gov>; Lyons, Kelly (USANJ) <Kelly.Lyons@usdoj.gov>; Bejleri, Olta (USANJ) <Olta.Bejleri@usdoj.gov>
**Subject:** [EXTERNAL] Re: Spotts - Early Jencks Production

Our team can speak at 10:30. If you are able to provide a calendar, we can share with Contact Discovery. Thank you.

> On Nov 19, 2025, at 9:29 PM, Vartan, Lee <lvartan@csglaw.com> wrote:
>
> We will want to speak with your eLitigation folks as soon as possible tomorrow, as it remains our position that the Government has not complied with the Court's Order. We have no access to the information on either drive. Melissa will be back to you with a time for Contact Discovery to speak with your eLitigation personnel tomorrow.
>
> Lee

<image001.png>

**LEE VARTAN**
Member
**Chiesa Shahinian & Giantomasi PC**

**O** 973.530.2107 | **M** 973.294.9615
lvartan@csglaw.com
105 Eisenhower Parkway | Roseland, NJ 07068

csglaw.com | LinkedIn

**From:** Webman, Aaron (USANJ) <Aaron.Webman@usdoj.gov>
**Sent:** Wednesday, November 19, 2025 9:00 PM
**To:** Vartan, Lee <lvartan@csglaw.com>; Wernick, Melissa F. <mwernick@csglaw.com>
**Cc:** Lyons, Kelly (USANJ) <Kelly.Lyons@usdoj.gov>; Bejleri, Olta (USANJ) <Olta.Bejleri@usdoj.gov>
**Subject:** RE: Spotts - Early Jencks Production

Lee and Melissa,

We want to help you with the technical issue as soon as possible. Our eLit contact is available any time before 1:45 p.m. tomorrow. Please let us know what works on your side.

We reiterate both that we have complied with our discovery obligations and that we are willing to discuss any types of documents you are having trouble locating, once you are up and running with the discovery.

Consistent with the scheduling order, we have provided substantially all discovery required by Rule 16(a)(1) and *Brady* currently in our possession.

Best,
Aaron

**Aaron Webman**
Deputy Chief, Economic Crimes Unit
United States Attorney's Office
District of New Jersey
970 Broad St., 7th Floor
Newark, New Jersey 07102
Cell: (973) 454-3622 | Desk: (973) 297-2074
aaron.webman@usdoj.gov

**From:** Vartan, Lee <lvartan@csglaw.com>
**Sent:** Wednesday, November 19, 2025 6:48 PM
**To:** Webman, Aaron (USANJ) <Aaron.Webman@usdoj.gov>; Wernick, Melissa F. <mwernick@csglaw.com>
**Cc:** Lyons, Kelly (USANJ) <Kelly.Lyons@usdoj.gov>; Bejleri, Olta (USANJ) <Olta.Bejleri@usdoj.gov>
**Subject:** [EXTERNAL] RE: Spotts - Early Jencks Production

Aaron/Kelly/Olta,

Thank you for the response. We respond as follows:

First, your response on *Brady* is unsatisfactory. We did not ask for generic *Brady* material. Rather, we directed you to 19 specific types of documents that could include *Brady* material. You responded to none, instead pointing us to the sum of the Government's production, which is largely inaccessible (more on that later). You also misstate the law.

*Weinstein* itself acknowledges the Government's obligation to identify *Brady* material where discovery is voluminous. *See United States v. Weinstein*, No. CR 24-128 (MAS), 2024 WL 4279006, at *9 (D.N.J. Sept. 24, 2024) (citing *United States v. Blankenship*, No. 14-244, 2015 WL 3687864, at *6-7 (S.D.W. Va. June 12, 2015) (compelling the Government to designate Brady materials within four million pages of discovery); *United States v. Hsia*, 24 F. Supp. 2d 14, 29-30 (D.D.C. 1998) (requiring the Government to identify Brady materials within 600,000 documents)). *See also United States v. Farese*, No. CR 21-877 (KM), 2023 WL 6795083, at *2 (D.N.J. Oct. 12, 2023) ("The Court can envision an extreme case in which the exculpatory discovery was deliberately concealed or unfairly manipulated so as to present the defense with a needle-in-a-haystack.").

Second, as you know, we have been unable to access any of the materials provided by the LTSC. The Court's Order obligated the Government to complete its production today. Currently, the defense has access to almost nothing. It's not an issue of needing "additional time to review the discovery." We have almost no discovery to review. This must be immediately remedied. Please let us know when your eLitigation folks are available tonight or tomorrow to discuss.

Third, the Government has not made clear whether its production, issues with access aside, is complete. Please confirm that the Government has nothing more to produce.

Best,

Lee

<image001.png>

**LEE VARTAN**
Member
Chiesa Shahinian & Giantomasi PC

**O** 973.530.2107 | **M** 973.294.9615
lvartan@csglaw.com
105 Eisenhower Parkway | Roseland, NJ 07068

csglaw.com | LinkedIn

---

**From:** Webman, Aaron (USANJ) <Aaron.Webman@usdoj.gov>
**Sent:** Wednesday, November 19, 2025 4:01 PM
**To:** Wernick, Melissa F. <mwernick@csglaw.com>; Vartan, Lee <lvartan@csglaw.com>
**Cc:** Lyons, Kelly (USANJ) <Kelly.Lyons@usdoj.gov>; Bejleri, Olta (USANJ) <Olta.Bejleri@usdoj.gov>
**Subject:** RE: Spotts - Early Jencks Production

Hi Lee and Melissa,

We're received your letter.

On the *Brady* issue, as I'm sure you know, it is not the Government's role to guess and identify what the defense may regard as *Brady* material. *See United States v. Weinstein*, No. CR 24-128 (MAS), 2024 WL 4279006, at *9 (D.N.J. Sept. 24, 2024) ("Brady does not 'impose [an] additional duty on the prosecution . . . to ferret out any potentially defense-favorable information from materials that are . . . disclosed. . . . [T]he burden is on the defendant to exercise reasonable diligence.' In short, *Brady*, does not require the Government to identify the exculpatory materials within the discovery it has already provided." (citing *United States v. Pelullo*, 399 F.3d 197, 212 (3d Cir. 2005)). The Government has discharged its obligation by disclosing extensive material in its possession, which would include anything in our possession that might be potentially exculpatory.

If you require additional time to review the discovery, the Government would not object to a request to adjourn the trial for a month or two for that purpose. If there are particular categories of documents that you are having trouble locating and would like assistance, we are willing to discuss how we can be helpful.

On the issue of accessing the productions, our eLitigation team is available for a call to discuss these issues with your colleagues or vendors. Please let us know if you would like to set up a call for them.

Best,
Aaron


**Aaron Webman**
Deputy Chief, Economic Crimes Unit
United States Attorney's Office
District of New Jersey
970 Broad St., 7th Floor
Newark, New Jersey 07102
Cell: (973) 454-3622 | Desk: (973) 297-2074
aaron.webman@usdoj.gov

---

**From:** Wernick, Melissa F. <mwernick@csglaw.com>
**Sent:** Wednesday, November 19, 2025 1:32 PM
**To:** Webman, Aaron (USANJ) <Aaron.Webman@usdoj.gov>; Vartan, Lee <lvartan@csglaw.com>
**Cc:** Lyons, Kelly (USANJ) <Kelly.Lyons@usdoj.gov>; Bejleri, Olta (USANJ) <Olta.Bejleri@usdoj.gov>
**Subject:** [EXTERNAL] RE: Spotts - Early Jencks Production

Aaron,

Please see the attached correspondence regarding discovery.

<image002.png>

**MELISSA F. WERNICK**
Member
Chiesa Shahinian & Giantomasi PC

**O** 973.530.2157
**F** 973.530.2357
mwernick@csglaw.com
105 Eisenhower Parkway | Roseland, NJ 07068

csglaw.com

---

**From:** Webman, Aaron (USANJ) <Aaron.Webman@usdoj.gov>
**Sent:** Tuesday, November 18, 2025 5:18 PM
**To:** Vartan, Lee <lvartan@csglaw.com>; Wernick, Melissa F. <mwernick@csglaw.com>
**Cc:** Lyons, Kelly (USANJ) <Kelly.Lyons@usdoj.gov>; Bejleri, Olta (USANJ) <Olta.Bejleri@usdoj.gov>
**Subject:** Spotts - Early Jencks Production

\* External Message \*

Lee and Melissa,

Please find a cover letter attached for our first Jencks production, which is available on USAFx at this link: https://usafx.box.com/s/eiekoe523x7k51fgp3r2pza3gub5yacd

Best,
Aaron

**Aaron Webman**
Deputy Chief, Economic Crimes Unit
United States Attorney's Office
District of New Jersey
970 Broad St., 7th Floor
Newark, New Jersey 07102
Cell: (973) 454-3622 | Desk: (973) 297-2074
aaron.webman@usdoj.gov

---

*Please Note: The information contained in this email message is a PRIVATE communication that may contain confidential attorney-client information. If you are not the intended recipient, do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system.*

*Thank you.*