UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

JEFFREY SPOTTS

Criminal No. 25-519 (MAS)

ORDER GRANTING CONSENT MOTION FOR ENTRY OF ORDER PURSUANT TO FEDERAL RULE OF EVIDENCE 502(d)

This matter having come before the Court on the application of the United States (by Jake A. Nasar, Assistant U.S. Attorney, appearing), with the defendant Jeffrey Spotts (Lee Vartan, Esq., appearing) and third-party privilege holder Brian Kahn (Tim Anderson, Esq., appearing) consenting, for entry of an order pursuant to Federal Rule of Evidence 502(d), the Court having considered the motion, and for good cause shown,

IT IS HEREBY ORDERED that:

1. The United States Filter Team is authorized to release Potentially Protected Material belonging to third-party privilege holder Brian Kahn ("Third-Party Privilege Holder") to the Prosecution Team and to the extent any of the Potentially Protected Material is discoverable in this matter, to Defendant Jeffrey Spotts.

2. Pursuant to Federal Rule of Evidence 502(d), the attorney-client privilege and other privileges or protections are not waived by disclosure connected with the litigation pending before the Court, nor constitute waiver in any other federal or state proceeding. Nothing in

       this Order precludes the Third-Party Privilege Holder from asserting privilege claims over the disclosed materials in any future proceedings in federal or state court.

3. In the event the Third-Party Privilege Holder seeks to withhold or limit the use of the Potentially Protected Materials at a future point on the basis of the attorney-client privilege, the attorney work product protection, or any other privilege or protection over any materials produced pursuant to this Order, the Government and Defendant reserve their rights to contest those assertions at that time.

4. The Potentially Protected Material covered by this request shall be subject to the September 25, 2025 Protective Order (Dkt. No. 4).

IT IS SO ORDERED on this 30th day of December, 2025.

_____
Honorable Michael A. Shipp
United States District Judge