

CHIESA SHAHINIAN & GIANTOMASI PC

105 Eisenhower Parkway, Roseland, NJ 07068
csglaw.com

**LEE VARTAN**
Member

lvartan@csglaw.com

O  973.530.2107      F  973.325.1501

December 30, 2025

Honorable Michael A. Shipp
United States District Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:    *United States v. Spotts,* Crim. No. 25-519 (MAS)

Dear Judge Shipp:

    We write to supplement Mr. Spotts's motion to dismiss given the Government's Rule 502(d) filing yesterday. In the Government's letter motion, the Government reveals that it executed a search warrant on Brian Kahn's Microsoft OneDrive account to obtain certain of Kahn's emails. *See* ECF No. 29 at ¶4.[1] Although the letter motion does not say when the warrant was executed, the filter AUSA revealed that it was executed in or about September 2024. Responsive documents were provided to the filter team in or about January 2025 for review. But it was not until November 20, 2025—ten months later—that the filter team "provided the contents of the OneDrive Account to Kahn and requested that he review the material and provide any privilege assertions." *Id.* at ¶5. This is notable for two reasons.

    *First*, November 20, 2025 was *after* the Government was required to produce "substantially all discovery" and all *Brady* material to the defense. *See* ECF No. 19. To date, the filter team has provided none of the OneDrive documents to the prosecution team—approximately 30,000 files according to the filter AUSA. And because the prosecution team doesn't have them, the defense doesn't have them either. Kahn is one of the Government's key witnesses, but Spotts is without crucial electronic discovery related to him. Nor has the Government reviewed those 30,000 files for *Brady* material as it was obligated to under the Court's Order and Rule 5(f).

---

[1]     Originally, the Government said the warrant was executed on FRG. *See* ECF 28 at ¶4. The Government caught its mistake and filed an amended motion making clear the warrant was executed on Microsoft, not FRG. *See* ECF No. 29 at ¶4.

December 30, 2025
Page 2

*Second*, November 20 is suspiciously close to November 21, 2025, when the Government claims it first learned "that material which it intended to produce to the defendant may contain potentially classified information." ECF No. 21 at 1. In other words, it appears the parties are in the position they are in—the Court having twice granted Spotts his right to a speedy trial and the Government being unable to deliver him that right—because of the Government's "lack of diligent preparation." 18 U.S.C. § 3161(h)(7)(C).

It is not clear what happened here, but it can be no coincidence that it was just one day after the filter team produced the contents of the OneDrive account to Kahn that the Government learned of the classified material that has set this prosecution back "months." Had the Government done what it was supposed to do, and provided Kahn with the OneDrive documents in January 2025 (or at least in August 2025 when it returned the Indictment against Spotts), the Government could have been "working with the appropriate equity holder(s) to determine how to review [the classified] material" for months, and if "production [was] necessary and appropriate, prepare its production." ECF No. 21 at 1. But the Government didn't do its job and only found the classified information it always possessed days after discovery was supposed to be substantially complete.[2]

According to the Government, it is Spotts who should bear the burden of the Government's misfeasance. That is wrong. The Indictment should be dismissed with prejudice.

---

[2]   A close reading of the Government's opposition brief supports this conclusion. The Government chose its words exceedingly carefully in its opposition brief, writing, "the *prosecution team* did not learn of this potentially classified material until November 21. Prior members of the *prosecution team* were not aware of this material." ECF No. 26 at 20, n.8 (emphasis added). The Government doesn't say the Government was unaware of the classified information until November 21, just the "prosecution team" was. This supports Spotts's conclusion that the classified information was always with the Government; the filter team from the same U.S. Attorney's Office just never bothered to do anything with the OneDrive documents until ten months after it received them (and after discovery was supposed to be substantially complete).

December 30, 2025
Page 3

                    Respectfully submitted,

                    *s/ Lee Vartan*

                    Lee Vartan
                    Member